UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

In re: FAIRBANKS COMMUNITY MENTAL HEALTH C  § Case No. 14-00288-GS
§
§
Debtor(s)  §

# INTERIM TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this interim Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 21, 2014. The undersigned trustee was appointed on August 22, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of           $          627,458.13

    Funds were disbursed in the following amounts:
    Payments made under an
      interim distribution                                              184,093.04
    Administrative expenses                                             116,745.66
    Bank service fees                                                     6,768.97
    Other payments to creditors                                               0.00
    Non-estate funds paid to 3rd Parties                                      0.00
    Exemptions paid to the debtor                                             0.00
    Other payments to the debtor                                              0.00

    Leaving a balance on hand of [1]      $          319,850.46

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/09/2014 and the deadline for filing governmental claims was 02/17/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed interim distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $26,000.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $26,000.00, for a total compensation of $26,000.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $1,961.94, for total expenses of $1,961.94.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/26/2016            By: /s/KENNETH W. BATTLEY
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-00288-GS  
**Case Name:** FAIRBANKS COMMUNITY MENTAL HEALTH C  

**Period Ending:** 09/26/16

**Trustee:** (230020)  KENNETH W. BATTLEY  
**Filed (f) or Converted (c):** 08/21/14 (f)  
**§341(a) Meeting Date:** 09/19/14  
**Claims Bar Date:** 12/09/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Cash in Wells Fargo | 209,328.96 | 209,328.96 | | 209,328.96 | FA |
| 2 | Comm Bldg 3830 Cushman | 6,000,000.00 | 500,000.00 | | 0.00 | 3,500,000.00 |
| 3 | Comm Bldg 1501 24th Ave. Water damage from frozen pipe. Insurance will pay for damages. | 250,000.00 | 125,000.00 | | 165,053.68 | FA |
| 4 | Comm Bldg 603 Lacey | 169,000.00 | 6,389.21 | | 69,900.00 | FA |
| 5 | Office furniture & equipment at Cushman property | 100,000.00 | 100,000.00 | | 0.00 | 100,000.00 |
| 6 | U S Postal Service (u) | 261.04 | 261.04 | | 261.04 | FA |
| 7 | Medical Assistance Payment (u) | 5,714.66 | 0.00 | | 5,714.66 | FA |
| 8 | Lawsuit Settlement for 24th Ave damage (u) | 160,000.00 | 160,000.00 | | 160,000.00 | FA |
| 9 | Evergreen Property owned with AHFC (u) 40/60 split with AHFC | 490,000.00 | 490,000.00 | | 0.00 | 490,000.00 |
| 10 | GVEA Capital Credits (u) | 17,199.79 | 17,199.79 | | 17,199.79 | FA |
| 10 | **Assets Totals** (Excluding unknown values) | **$7,401,504.45** | **$1,608,179.00** | | **$627,458.13** | **$4,090,000.00** |

**Major Activities Affecting Case Closing:**

07-25-16 Today Payment of $160,000.00 was paid on settlement for 24th Ave. damage per order filed 6-27-2016  .   07-20-2016 Final Properties to sale..Cushman listed at 3,500000.00 MLS Listing #131938 with Alaska Commercial Properties, agent Pam Throop in Fairbanks . It was finally listed after many many months of leasee anticipating to purchase direct from estate.  Second  property called Evergreen owned with AHFC 40/60 in the process of selling for 490,000.
 07-09-2015 Possible sale on 24th, offer was made and trustee has countered at 185,000.00 as is.  9-03-2014 Cash from bank has been turned over to trustee.
5-28-15  Orders granting the sell of Lacey St & 24th Ave. were signed by Judge Ross.  Lacey St is closing but  the sale fell through on 24th  because of buyer financing and the property is still listed and being shown. 6-23-2015 C. Christianson filed a Motion to sell 3930 Cushman.  Offer was made of 3.3 million and 100,000.00 for equipment .

**Initial Projected Date Of Final Report (TFR):**     December 30, 2016    **Current Projected Date Of Final Report (TFR):**     September 30, 2017

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-00288-GS
**Case Name:** FAIRBANKS COMMUNITY MENTAL HEALTH C
**Taxpayer ID #:** **-***5596
**Period Ending:** 09/26/16

**Trustee:** KENNETH W. BATTLEY (230020)
**Bank Name:** Rabobank, N.A.
**Account:** ******7966 - Checking Account
**Blanket Bond:** $65,574,033.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/03/14 | {1} | Wells Fargo | Cash in bank/ turnover to estate | 1129-000 | 209,328.96 | | 209,328.96 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 250.90 | 209,078.06 |
| 10/02/14 | 101 | Bank of America | fuel oil for Lacey St | 2420-000 | | 923.79 | 208,154.27 |
| 10/09/14 | 102 | Golden Valley Electric Assoc, Inc. | payment of invoice 108993 603 Lacey | 2420-000 | | 63.15 | 208,091.12 |
| 10/09/14 | 103 | Alaska Commercial Construction Inc | payment of repair to property 603 Lacey St. | 2420-000 | | 4,569.69 | 203,521.43 |
| 10/09/14 | 104 | Alaska Commercial Properties Inc | invoice A23896 to change locks 603 Lacey | 2420-000 | | 164.00 | 203,357.43 |
| 10/20/14 | 105 | Bank of America | more fuel oil for Lacey St. | 2420-000 | | 455.08 | 202,902.35 |
| 10/21/14 | 106 | Golden Valley Electric Assoc, Inc. | Lacey St electric bill due 10-28-14 | 2420-000 | | 60.72 | 202,841.63 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 306.40 | 202,535.23 |
| 11/21/14 | 107 | Kenneth W Battley | Reimbursement for fuel purchased from Ak Petroleum for Fbks property | 2420-000 | | 927.87 | 201,607.36 |
| 11/26/14 | 108 | Alaska Petroleum Distributors | Ck to fuel Co to keep fuel delivered to Fbks Property | 2420-000 | | 6,000.00 | 195,607.36 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 262.09 | 195,345.27 |
| 12/17/14 | 109 | Golden Heart Utilities | Water bill #1772702410 at 1501 24th Ave, Fbks | 2420-000 | | 94.78 | 195,250.49 |
| 12/26/14 | 110 | Alaska Commercial Construction Inc | Inv. 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 for Rage Co. Building | 2420-000 | | 170.23 | 195,080.26 |
| 12/26/14 | 111 | Alaska Commercial Properties Inc | Inv. 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 for 1501 24th St. Voided on 12/26/14 | 2420-000 | | 1,612.40 | 193,467.86 |
| 12/26/14 | 111 | Alaska Commercial Properties Inc | Inv. 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 for 1501 24th St. Voided: check issued on 12/26/14 | 2420-000 | | -1,612.40 | 195,080.26 |
| 12/26/14 | 112 | Alaska Commercial Construction Inc | Invoice 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 for 1501 24th St. | 2420-000 | | 1,612.40 | 193,467.86 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 320.17 | 193,147.69 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 278.58 | 192,869.11 |
| 02/09/15 | 113 | Fairbanks Rescue Mission | reimbursement of electric bill paid | 2420-000 | | 197.37 | 192,671.74 |
| 02/11/15 | 114 | Golden Valley Electric Assoc, Inc. | electric pmt on 1501 24th Ave. | 2420-000 | | 625.75 | 192,045.99 |
| 02/12/15 | 115 | Golden Heart Utilities | payment of sewer and water at 1501 24th Ave. | 2420-000 | | 188.23 | 191,857.76 |
| 02/19/15 | 116 | Golden Heart Utilities | pmt due from Nov. 2014 on 1501 24th Ave. Voided on 02/19/15 | 2420-000 | | 105.59 | 191,752.17 |
| 02/19/15 | 116 | Golden Heart Utilities | pmt due from Nov. 2014 on 1501 24th Ave. Voided: check issued on 02/19/15 | 2420-000 | | -105.59 | 191,857.76 |
| 02/19/15 | 117 | Fairbanks Rescue Mission | sewer & water paid by Rescue Misson but should be Fbks. Comm Mental Health | 2420-000 | | 105.59 | 191,752.17 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 258.54 | 191,493.63 |
| 03/27/15 | 118 | Golden Heart Utilities | water & sewer for meter read 2-23-15 | 2420-000 | | 180.94 | 191,312.69 |
| 03/27/15 | 119 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/27/2015 FOR CASE #14-00288, Bond #016027975 | 2300-000 | | 95.75 | 191,216.94 |
| | | | Subtotals : | | $209,328.96 | $18,112.02 | |

{} Asset reference(s)

Printed: 09/26/2016 01:35 PM   V.13.28

Case 14-00288   Filed 11/16/16   Entered 11/16/16 13:36:17   Doc# 125   Page 5 of 19

Exhibit B

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-00288-GS
**Case Name:** FAIRBANKS COMMUNITY MENTAL HEALTH C

**Taxpayer ID #:** **-***5596
**Period Ending:** 09/26/16

**Trustee:** KENNETH W. BATTLEY (230020)
**Bank Name:** Rabobank, N.A.
**Account:** ******7966 - Checking Account
**Blanket Bond:** $65,574,033.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 293.81 | 190,923.13 |
| 04/02/15 | 120 | Alaska Commercial Properties Inc | reimbursement of payments made on behalf of Lacey & 24th Ave properties | 2420-000 | | 1,525.49 | 189,397.64 |
| 04/08/15 | 121 | Industrial Labor Solutions LLC | Removal of wet sheet rock etc. on 24th after water damage | 2420-000 | | 4,293.02 | 185,104.62 |
| 04/08/15 | 122 | Golden Heart Utilities | bill dated 4-3-2015 water & sewer 24th Ave | 2420-000 | | 95.30 | 185,009.32 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 271.25 | 184,738.07 |
| 05/07/15 | 123 | Industrial Labor Solutions LLC | invoice 2311 Labor for repairs at 24th St. from flood | 2420-000 | | 660.00 | 184,078.07 |
| 05/18/15 | 124 | Alaska Commercial Properties Inc | Reimbursement for GVEA for 1501 24th (4/7-5/7/15 | 2420-000 | | 251.34 | 183,826.73 |
| 05/18/15 | 125 | Golden Heart Utilities | 1501 24th Ave water/sewer Voided on 05/18/15 | 2420-000 | | 93.71 | 183,733.02 |
| 05/18/15 | 125 | Golden Heart Utilities | 1501 24th Ave water/sewer Voided: check issued on 05/18/15 | 2420-000 | | -93.71 | 183,826.73 |
| 05/18/15 | 126 | Alaska Commercial Properties Inc | Golden Heart water & sewer for Lacey & 24th & Gvea for Lacey | 2420-000 | | 314.64 | 183,512.09 |
| 05/27/15 | 127 | Alaska Commercial Properties Inc | GVEA utility bills for March 2015 invoice A24021 & A24020 | 2420-000 | | 365.91 | 183,146.18 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 256.30 | 182,889.88 |
| 06/16/15 | 128 | Alaska Commercial Properties Inc | pmt of utilities | 2420-000 | | 200.29 | 182,689.59 |
| 06/16/15 | 129 | Alaska Commercial Properties Inc | pmt for electric for 1501 24th Ave. | 2420-000 | | 245.60 | 182,443.99 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 280.55 | 182,163.44 |
| 07/22/15 | | Lacey Street Property Sale | Order filed May 28, 2015 allowing sale of property | | 0.00 | | 182,163.44 |
| | {4} | | contract sales price        69,900.00 | 1110-000 | | | 182,163.44 |
| | | Property Tax | county taxes        1,301.86 | 2820-000 | | | 182,163.44 |
| | | Alaska Commercial Properties | Realtor Fees        -4,194.00 | 3510-000 | | | 182,163.44 |
| | | DOLWD Emp Sec | lien 1        -24,390.44 | 4110-000 | | | 182,163.44 |
| | | DOLWD Emp Sec | 2nd lein        -24,512.61 | 4110-000 | | | 182,163.44 |
| | | DOLWD Emp Sec | 3rd lein        -14,707.74 | 4110-000 | | | 182,163.44 |
| | | Property Tax | tax        -2,778.82 | 2820-000 | | | 182,163.44 |
| | | Yukon Title | title insurance, recording     -618.25 & closing fees | 2420-000 | | | 182,163.44 |
| 07/23/15 | 130 | Alaska Commercial Properties Inc | pmt of utilities for Lacey & 24th | 2420-000 | | 459.34 | 181,704.10 |
| 07/31/15 | 131 | Alaska Commercial Properties Inc | #24077 in voice for GVEA utility final bill after sale of Lacy St. Property | 2420-000 | | 21.08 | 181,683.02 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 270.70 | 181,412.32 |

Subtotals :  $0.00  $9,804.62

{} Asset reference(s)

Printed: 09/26/2016 01:35 PM    V.13.28

Exhibit B

## Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 14-00288-GS | | Trustee: | KENNETH W. BATTLEY (230020) |
|---|---|---|---|---|
| Case Name: | FAIRBANKS COMMUNITY MENTAL HEALTH C | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7966 - Checking Account |
| Taxpayer ID #: | **-***5596 | | Blanket Bond: | $65,574,033.00  (per case limit) |
| Period Ending: | 09/26/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/05/15 | 132 | Alaska Commercial Properties Inc | pmt of final GHU bill | 2420-000 | | 22.20 | 181,390.12 |
| 08/11/15 | 133 | Alaska Commercial Properties Inc | GVEA Lacey St. bill | 2420-000 | | 22.53 | 181,367.59 |
| 08/12/15 | 134 | Alaska Commercial Properties Inc | GHU water utility at 24th Ave. | 2420-000 | | 108.24 | 181,259.35 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 252.17 | 181,007.18 |
| 09/14/15 | 135 | Golden Valley Electric Assoc, Inc. | final payment on Lacey St. | 2420-000 | | 218.32 | 180,788.86 |
| 09/14/15 | 136 | Alaska Commercial Properties Inc | GHU water bill on 24th Ave. Property | 2420-000 | | 108.24 | 180,680.62 |
| 09/17/15 | 137 | Alaska Commercial Properties Inc | reimbursement for engineer assessing damage at 24th Ave after water flood | 2420-000 | | 350.00 | 180,330.62 |
| 09/17/15 | 138 | Alaska Commercial Properties Inc | GVEA electric bill for 24th Ave. 8-7-15 thru 9-8-15 | 2420-000 | | 244.30 | 180,086.32 |
| 09/23/15 | 139 | Cabot Christianson P.C. | Fees<br>Voided on 09/23/15 | 3210-000 | | 24,486.00 | 155,600.32 |
| 09/23/15 | 139 | Cabot Christianson P.C. | Fees<br>Voided: check issued on 09/23/15 | 3210-000 | | -24,486.00 | 180,086.32 |
| 09/23/15 | 140 | CABOT CHRISTIANSON | | 3220-000 | | 721.92 | 179,364.40 |
| 09/23/15 | 141 | Cabot Christianson | Payment per order filed May 28, 2015 | 3210-000 | | 23,646.00 | 155,718.40 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 276.26 | 155,442.14 |
| 10/16/15 | 142 | Alaska Commercial Properties Inc | GVEA bill for 24th Ave.9-8 thru 10-7-15 & Golden Heart Utilities for 24th Ave | 2420-000 | | 347.29 | 155,094.85 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 223.46 | 154,871.39 |
| 11/02/15 | | Yukon Title Co | Order filed May 28, 2015 allowing sale of 24th Ave. | | 33,571.31 | | 188,442.70 |
| | {3} | | gross sale      165,053.68 | 1110-000 | | | 188,442.70 |
| | | AK Dept of Health & SS (24th Ave mtg) | Mortgage payoff    -118,110.81 | 4210-000 | | | 188,442.70 |
| | | cost of sale | RE commission    -9,900.00 | 3510-000 | | | 188,442.70 |
| | | 24th Ave Ak Dept of Labor. | payoff of Emp. tax    -2,371.44 | 4800-000 | | | 188,442.70 |
| | | Yukon Title 24th Ave sale | title ins., recording and    -1,100.12<br>misc | 2500-000 | | | 188,442.70 |
| 11/17/15 | 143 | Alaska Commercial Properties Inc | Property sold...final electric & water bill for 24th Ave. | 2420-000 | | 314.04 | 188,128.66 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 252.29 | 187,876.37 |
| 12/10/15 | 144 | Alaska Commercial Properties Inc | GVEA bill for 7-7-15 to 8-7-15 not previously reimbursed | 2420-000 | | 241.57 | 187,634.80 |
| 12/21/15 | {6} | U S Postal Service | Refund on payment made accts receivable | 1221-000 | 261.04 | | 187,895.84 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 297.19 | 187,598.65 |
| 01/14/16 | {7} | State of Ak | Medical Assistance check | 1221-000 | 5,714.66 | | 193,313.31 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 262.88 | 193,050.43 |
| | | | Subtotals : | | $39,547.01 | $27,908.90 | |

{} Asset reference(s)

Printed: 09/26/2016 01:35 PM    V.13.28

## Form 2
### Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 14-00288-GS | | Trustee: | KENNETH W. BATTLEY (230020) |
|---|---|---|---|---|
| Case Name: | FAIRBANKS COMMUNITY MENTAL HEALTH C | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7966 - Checking Account |
| Taxpayer ID #: | **-***5596 | | Blanket Bond: | $65,574,033.00   (per case limit) |
| Period Ending: | 09/26/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 267.68 | 192,782.75 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 304.22 | 192,478.53 |
| 04/05/16 | | Alaska Petroleum Distributors | refund from overpayment on oil | 2420-000 | | -2,769.82 | 195,248.35 |
| 04/05/16 | 145 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/05/2016 FOR CASE #14-00288, Bond #016027975 | 2300-000 | | 81.10 | 195,167.25 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 269.92 | 194,897.33 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 270.24 | 194,627.09 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 307.13 | 194,319.96 |
| 07/13/16 | 146 | Cabot Christianson P.C. | fees per order filed July 6, 2016 | 3210-000 | | 48,126.00 | 146,193.96 |
| 07/13/16 | 147 | CABOT CHRISTIANSON | Expenses per order filed July 6, 2016 | 3220-000 | | 2,807.05 | 143,386.91 |
| 07/25/16 | {8} | AMC Liberty Mutual | Settlement per order filed 6/27/16 for 24th damages | 1249-000 | 80,000.00 | | 223,386.91 |
| 07/25/16 | {8} | Umialik Ins. Co | Settlement per order 6/27/16 | 1241-000 | 80,000.00 | | 303,386.91 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 257.95 | 303,128.96 |
| 08/30/16 | {10} | GVEA | | 1229-000 | 17,199.79 | | 320,328.75 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 478.29 | 319,850.46 |
| | | | ACCOUNT TOTALS | | 426,075.76 | 106,225.30 | $319,850.46 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 426,075.76 | 106,225.30 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $426,075.76 | $106,225.30 | |

| | |
|---|---|
| Net Receipts : | 426,075.76 |
| Plus Gross Adjustments : | 201,382.37 |
| Net Estate : | $627,458.13 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******7966 | 426,075.76 | 106,225.30 | 319,850.46 |
| | $426,075.76 | $106,225.30 | $319,850.46 |

{} Asset reference(s)

Printed: 09/26/2016 01:35 PM   V.13.28

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 9, 2014

**Case Number:** 14-00288-GS  
**Debtor Name:** FAIRBANKS COMMUNITY MENTAL HEALTH C  
Page: 1  
**Date:** September 26, 2016  
**Time:** 01:35:30 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 101 200 | Golden Valley Electric Assoc, Inc. P.O. Box 71249 Fairbanks, AK 99707-1249 | Admin Ch. 7 | | $967.94 | $967.94 | 0.00 |
| 102 200 | Alaska Commercial Construction Inc 3550 Airport Way #203 Fairbanks, AK 99709 | Admin Ch. 7 | | $6,352.32 | $6,352.32 | 0.00 |
| 103 200 | Alaska Petroleum Distributors | Admin Ch. 7 | | $3,230.18 | $3,230.18 | 0.00 |
| 104 200 | Ak Comm Prop. (24th Ave sale) | Admin Ch. 7 | | $9,900.00 | $9,900.00 | 0.00 |
| 106 200 | Yukon Title (24th Ave sale) | Admin Ch. 7 | | $1,100.12 | $1,100.12 | 0.00 |
| 107 200 | Golden Heart Utilities PO Box 80370 Fairbanks, AK 99708-0370 | Admin Ch. 7 | | $559.25 | $559.25 | 0.00 |
| 108 200 | Fairbanks Rescue Mission 723 27th Ave Fairbanks, AK 99701-7038 | Admin Ch. 7 | | $302.96 | $302.96 | 0.00 |
| 109 200 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. #420 NEW ORLEANS,, LA 70139 | Admin Ch. 7 | | $176.85 | $176.85 | 0.00 |
| 110 200 | Bank of America | Admin Ch. 7 | Fuel for Fairbanks Properties | $1,378.87 | $1,378.87 | 0.00 |
| 111 200 | Cabot Christianson P.C. 911 W 8th Ave. | Admin Ch. 7 | | $71,772.00 | $71,772.00 | 0.00 |
| 112 200 | CABOT CHRISTIANSON 911 W 8TH AVE #201 ANCH, AK 99501 | Admin Ch. 7 | | $3,528.97 | $3,528.97 | 0.00 |
| 113 200 | Industrial Labor Solutions LLC 3550 Airport Way Suite 202 Fairbanks, AK 99701 | Admin Ch. 7 | | $4,953.02 | $4,953.02 | 0.00 |
| 114 200 | Kenneth W Battley (fuel for office buildings) | Admin Ch. 7 | Pay for fuel in Fbks over phone | $927.87 | $927.87 | 0.00 |
| 115 200 | WENDY'S SUPPORT SERVICES P.O. BOX 100965 ANCHORAGE, AK 99510-0965 | Admin Ch. 7 | | $216.42 | $0.00 | 216.42 |
| 116 200 | AK Commercial Prop. (Lacey) | Admin Ch. 7 | | $4,194.00 | $4,194.00 | 0.00 |
| 117 200 | Property Tax Lacey St. | Admin Ch. 7 | | $1,476.96 | $1,476.96 | 0.00 |
| 118 200 | Yukon Title Lacey St Sale | Admin Ch. 7 | | $618.25 | $618.25 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 9, 2014

**Case Number:** 14-00288-GS  
**Debtor Name:** FAIRBANKS COMMUNITY MENTAL HEALTH C  
Page: 2  
**Date:** September 26, 2016  
**Time:** 01:35:30 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 119 200 | Alaska Commercial Properties Inc<br>PO Box 70002<br>Fairbanks, AK 99707 | Admin Ch. 7 | reimburse for utilities and cost to maintain building | $5,306.10 | $5,306.10 | 0.00 |
| 121 200 | RUSSELL E MINKEMANN<br>MINKEMANN & ASSOCIATES, CPA'S<br>4300 B STREET #308<br>ANCHORAGE, AK 99503 | Admin Ch. 7 | | $6,100.00 | $0.00 | 6,100.00 |
| 122 200 | RUSSELL E MINKEMANN<br>MINKEMANN & ASSOCIATES, CPA'S<br>4300 B STREET #308<br>ANCHORAGE, AK 99503 | Admin Ch. 7 | | $116.77 | $0.00 | 116.77 |
| 123 200 | KENNETH W. BATTLEY<br>629 "L" STREET, #201<br>ANCHORAGE, AK 99501 | Admin Ch. 7 | | $26,000.00 | $0.00 | 26,000.00 |
| 124 200 | KENNETH W. BATTLEY<br>629 "L" STREET, #201<br>ANCHORAGE, AK 99501 | Admin Ch. 7 | | $1,961.94 | $0.00 | 1,961.94 |
| 510 | Internal Revenue Service<br>Attn: Karen Parde<br>949 E 36th Ave. MS A240<br>Anchorage, AK 99508 | Priority | [Employee Income Tax Distribution:<br>Claim 17 $744.75 Robin S. Armstrong<br>Claim 1 $1292.45 Len Osimowicz<br>Claim 5 $2235.58 Shelly C Donoghue<br>Claim 8 $1354.97 Terry, Patrick Emerson<br>Claim 9 $1121.44 Ted Campbell<br>Claim 15 $714.13 Diane L Christie<br>Claim 16 $827.45 Cynthia M. Collins<br>Claim 18 $1087.10 Vanessa Brown<br>Claim 4 $2298.68 Brandi Simington Austin<br>Claim 3 $898.66 Dawn Lighthall<br>Claim 31 $748.87 Gabriel Schettini<br>Claim 30 $988.13 Phillip C Seamon Jr.<br>Claim 35 $370.88 Lana M Nicotera<br>Claim 37 $96.15 Christiana Robinson<br>Claim 21 $450.00 Elenora Madonia<br>Claim 25 $1456.82 Kandy Alley<br>] | $16,686.06 | $0.00 | 16,686.06 |
| 510 | STATE OF ALASKA, DEPT. OF LABOR | Priority | [Employee Ak SUTA Distribution:<br>Claim 17 $14.90 Robin S. Armstrong<br>Claim 1 $25.85 Len Osimowicz<br>Claim 5 $44.71 Shelly C Donoghue<br>Claim 8 $27.10 Terry, Patrick Emerson<br>Claim 9 $22.43 Ted Campbell<br>Claim 15 $14.28 Diane L Christie<br>Claim 16 $16.55 Cynthia M. Collins | $333.72 | $0.00 | 333.72 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 9, 2014

**Case Number:** 14-00288-GS  
**Debtor Name:** FAIRBANKS COMMUNITY MENTAL HEALTH C

Page: 3

**Date:** September 26, 2016  
**Time:** 01:35:30 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | Claim 18 $21.74 Vanessa Brown | | | |
| | | | Claim 4 $45.97 Brandi Simington Austin | | | |
| | | | Claim 3 $17.97 Dawn Lighthall | | | |
| | | | Claim 31 $14.98 Gabriel Schettini | | | |
| | | | Claim 30 $19.76 Phillip C Seamon Jr. | | | |
| | | | Claim 35 $7.42 Lana M Nicotera | | | |
| | | | Claim 37 $1.92 Christiana Robinson | | | |
| | | | Claim 21 $9.00 Elenora Madonia | | | |
| | | | Claim 25 $29.14 Kandy Alley | | | |
| | | | ] | | | |
| 510 | Internal Revenue Service<br>Attn: Karen Parde<br>949 E 36th Ave. MS A240<br>Anchorage, AK 99508 | Priority | [Employee FICA Distribution: | $4,138.15 | $0.00 | 4,138.15 |
| | | | Claim 17 $184.70 Robin S. Armstrong | | | |
| | | | Claim 1 $320.53 Len Osimowicz | | | |
| | | | Claim 5 $554.42 Shelly C Donoghue | | | |
| | | | Claim 8 $336.03 Terry, Patrick Emerson | | | |
| | | | Claim 9 $278.12 Ted Campbell | | | |
| | | | Claim 15 $177.10 Diane L Christie | | | |
| | | | Claim 16 $205.21 Cynthia M. Collins | | | |
| | | | Claim 18 $269.60 Vanessa Brown | | | |
| | | | Claim 4 $570.07 Brandi Simington Austin | | | |
| | | | Claim 3 $222.87 Dawn Lighthall | | | |
| | | | Claim 31 $185.72 Gabriel Schettini | | | |
| | | | Claim 30 $245.06 Phillip C Seamon Jr. | | | |
| | | | Claim 35 $91.98 Lana M Nicotera | | | |
| | | | Claim 37 $23.85 Christiana Robinson | | | |
| | | | Claim 21 $111.60 Elenora Madonia | | | |
| | | | Claim 25 $361.29 Kandy Alley | | | |
| | | | ] | | | |
| 510 | Internal Revenue Service<br>Attn: Karen Parde<br>949 E 36th Ave. MS A240<br>Anchorage, AK 99508 | Priority | [Employee Medicare Distribution: | $967.78 | $0.00 | 967.78 |
| | | | Claim 17 $43.20 Robin S. Armstrong | | | |
| | | | Claim 1 $74.96 Len Osimowicz | | | |
| | | | Claim 5 $129.66 Shelly C Donoghue | | | |
| | | | Claim 8 $78.59 Terry, Patrick Emerson | | | |
| | | | Claim 9 $65.04 Ted Campbell | | | |
| | | | Claim 15 $41.42 Diane L Christie | | | |
| | | | Claim 16 $47.99 Cynthia M. Collins | | | |
| | | | Claim 18 $63.05 Vanessa Brown | | | |
| | | | Claim 4 $133.32 Brandi Simington Austin | | | |
| | | | Claim 3 $52.12 Dawn Lighthall | | | |
| | | | Claim 31 $43.43 Gabriel Schettini | | | |
| | | | Claim 30 $57.31 Phillip C Seamon Jr. | | | |
| | | | Claim 35 $21.51 Lana M Nicotera | | | |
| | | | Claim 37 $5.58 Christiana Robinson | | | |
| | | | Claim 21 $26.10 Elenora Madonia | | | |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 9, 2014

**Case Number:** 14-00288-GS  
**Debtor Name:** FAIRBANKS COMMUNITY MENTAL HEALTH C  
Page: 4  
**Date:** September 26, 2016  
**Time:** 01:35:30 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | Claim 25 $84.50 Kandy Alley ] | | | |
| 1 510 | Len Osimowicz<br>4075 Kallenberg Road<br>Fairbanks, AK 99709 | Priority | [Gross Wage $5169.80 Less Taxes = Net $3456.01 FICA $320.53 Income Tax $1292.45 Medicare $74.96 Ak SUTA $25.85] | $3,456.01 | $0.00 | 3,456.01 |
| 3 510 | Dawn Lighthall<br>870 Highlander Drive<br>Fairbanks, AK 99712 | Priority | [Gross Wage $3594.63 Less Taxes = Net $2403.01 FICA $222.87 Income Tax $898.66 Medicare $52.12 Ak SUTA $17.97] | $2,403.01 | $0.00 | 2,403.01 |
| 4 510 | Brandi Simington Austin<br>PO Box 10543<br>Fairbanks, AK 99710 | Priority | [Gross Wage $9194.71 Less Taxes = Net $6146.67 FICA $570.07 Income Tax $2298.68 Medicare $133.32 Ak SUTA $45.97] | $6,146.67 | $0.00 | 6,146.67 |
| 5 510 | Shelly C Donoghue<br>2416 Statehood<br>North Pole, AK 99705 | Priority | [Gross Wage $8942.31 Less Taxes = Net $5977.94 FICA $554.42 Income Tax $2235.58 Medicare $129.66 Ak SUTA $44.71] | $5,977.94 | $0.00 | 5,977.94 |
| 8 510 | Terry, Patrick Emerson<br>1235 Wild Rose Ave<br>Fairbanks, AK 99701 | Priority | [Gross Wage $5419.89 Less Taxes = Net $3623.20 FICA $336.03 Income Tax $1354.97 Medicare $78.59 Ak SUTA $27.10] | $3,623.20 | $0.00 | 3,623.20 |
| 9 510 | Ted Campbell<br>1028 Dogwood St #505<br>Fairbanks, AK 99709 | Priority | [Gross Wage $4485.76 Less Taxes = Net $2998.73 FICA $278.12 Income Tax $1121.44 Medicare $65.04 Ak SUTA $22.43] | $2,998.73 | $0.00 | 2,998.73 |
| 15 510 | Diane L Christie<br>3050 Beck Blvd<br>Naples, FL 34114 | Priority | [Gross Wage $2856.50 Less Taxes = Net $1909.57 FICA $177.10 Income Tax $714.13 Medicare $41.42 Ak SUTA $14.28] | $1,909.57 | $0.00 | 1,909.57 |
| 16 510 | Cynthia M. Collins<br>3050 Beck Blvd<br>Naples, FL 34114 | Priority | [Gross Wage $3309.80 Less Taxes = Net $2212.60 FICA $205.21 Income Tax $827.45 Medicare $47.99 Ak SUTA $16.55] | $2,212.60 | $0.00 | 2,212.60 |
| 17 510 | Robin S. Armstrong<br>1702 Melody Circle #213<br>Port Angeles, WA 98362 | Priority | [Gross Wage $2979.00 Less Taxes = Net $1991.45 FICA $184.70 Income Tax $744.75 Medicare $43.20 Ak SUTA $14.90]<br>telephone 360-362-2944 | $1,991.45 | $0.00 | 1,991.45 |
| 18 510 | Vanessa Brown<br>2506 Mercier St. #B<br>Fairbanks, AK 99701 | Priority | [Gross Wage $4348.40 Less Taxes = Net $2906.91 FICA $269.60 Income Tax $1087.10 Medicare $63.05 Ak SUTA $21.74] | $2,906.91 | $0.00 | 2,906.91 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 9, 2014

**Case Number:** 14-00288-GS  
**Debtor Name:** FAIRBANKS COMMUNITY MENTAL HEALTH C

Page: 5

**Date:** September 26, 2016  
**Time:** 01:35:30 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 21 510 | Elenora Madonia<br>495 Kempshire Dr<br>Fairbanks, AK 99709 | Priority | [Gross Wage $1800.00 Less Taxes = Net $1203.30 FICA $111.60 Income Tax $450.00 Medicare $26.10 Ak SUTA $9.00] | $1,203.30 | $0.00 | 1,203.30 |
| 25 510 | Kandy Alley<br>630 Bottles St.<br>North Pole, AK 99705 | Priority | [Gross Wage $5827.27 Less Taxes = Net $3895.52 FICA $361.29 Income Tax $1456.82 Medicare $84.50 Ak SUTA $29.14] | $3,895.52 | $0.00 | 3,895.52 |
| 30 510 | Phillip C Seamon Jr.<br>167 Harwinton Ave. #1<br>Torrington, CT 06790 | Priority | [Gross Wage $3952.50 Less Taxes = Net $2642.24 FICA $245.06 Income Tax $988.13 Medicare $57.31 Ak SUTA $19.76] | $2,642.24 | $0.00 | 2,642.24 |
| 31 510 | Gabriel Schettini<br>9153 NW 117 Terrace<br>Hialeha Gardens, FL 33018 | Priority | [Gross Wage $2995.48 Less Taxes = Net $2002.48 FICA $185.72 Income Tax $748.87 Medicare $43.43 Ak SUTA $14.98] | $2,002.48 | $0.00 | 2,002.48 |
| 35 510 | Lana M Nicotera<br>288 Rambling Rd. #22<br>Fairbanks, AK 99712 | Priority | [Gross Wage $1483.51 Less Taxes = Net $991.72 FICA $91.98 Income Tax $370.88 Medicare $21.51 Ak SUTA $7.42] | $991.72 | $0.00 | 991.72 |
| 37 510 | Christiana Robinson | Priority | [Gross Wage $384.60 Less Taxes = Net $257.10 FICA $23.85 Income Tax $96.15 Medicare $5.58 Ak SUTA $1.92] | $257.10 | $0.00 | 257.10 |
| 570 | STATE OF ALASKA, DEPT. OF LABOR | Priority | [Employer AK SUTA Distribution:<br>  Claim 17 $50.35 Robin S. Armstrong<br>  Claim 1 $87.37 Len Osimowicz<br>  Claim 5 $151.13 Shelly C Donoghue<br>  Claim 8 $91.60 Terry, Patrick Emerson<br>  Claim 9 $75.81 Ted Campbell<br>  Claim 15 $48.27 Diane L Christie<br>  Claim 16 $55.94 Cynthia M. Collins<br>  Claim 18 $73.49 Vanessa Brown<br>  Claim 4 $155.39 Brandi Simington Austin<br>  Claim 3 $60.75 Dawn Lighthall<br>  Claim 31 $50.62 Gabriel Schettini<br>  Claim 30 $66.80 Phillip C Seamon Jr.<br>  Claim 35 $25.07 Lana M Nicotera<br>  Claim 37 $6.50 Christiana Robinson<br>  Claim 21 $30.42 Elenora Madonia<br>  Claim 25 $98.48 Kandy Alley<br>] | $1,127.99 | $0.00 | 1,127.99 |
| 570 | Internal Revenue Service<br>Attn: Karen Parde<br>949 E 36th Ave. MS A240<br>Anchorage, AK 99508 | Priority | [Employer FICA Distribution:<br>  Claim 17 $184.70 Robin S. Armstrong<br>  Claim 1 $320.53 Len Osimowicz | $4,138.15 | $0.00 | 4,138.15 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 9, 2014

**Case Number:** 14-00288-GS  
**Debtor Name:** FAIRBANKS COMMUNITY MENTAL HEALTH C

Page: 6

**Date:** September 26, 2016  
**Time:** 01:35:30 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | Claim 5 $554.42 Shelly C Donoghue | | | |
| | | | Claim 8 $336.03 Terry, Patrick Emerson | | | |
| | | | Claim 9 $278.12 Ted Campbell | | | |
| | | | Claim 15 $177.10 Diane L Christie | | | |
| | | | Claim 16 $205.21 Cynthia M. Collins | | | |
| | | | Claim 18 $269.60 Vanessa Brown | | | |
| | | | Claim 4 $570.07 Brandi Simington Austin | | | |
| | | | Claim 3 $222.87 Dawn Lighthall | | | |
| | | | Claim 31 $185.72 Gabriel Schettini | | | |
| | | | Claim 30 $245.06 Phillip C Seamon Jr. | | | |
| | | | Claim 35 $91.98 Lana M Nicotera | | | |
| | | | Claim 37 $23.85 Christiana Robinson | | | |
| | | | Claim 21 $111.60 Elenora Madonia | | | |
| | | | Claim 25 $361.29 Kandy Alley | | | |
| | | | ] | | | |
| 570 | Internal Revenue Service<br>Attn: Karen Parde<br>949 E 36th Ave.  MS A240<br>Anchorage, AK 99508 | Priority | [Employer FUTA Distribution: | $375.64 | $0.00 | 375.64 |
| | | | Claim 17 $17.87 Robin S. Armstrong | | | |
| | | | Claim 1 $31.02 Len Osimowicz | | | |
| | | | Claim 5 $42.00 Shelly C Donoghue | | | |
| | | | Claim 8 $32.52 Terry, Patrick Emerson | | | |
| | | | Claim 9 $26.91 Ted Campbell | | | |
| | | | Claim 15 $17.14 Diane L Christie | | | |
| | | | Claim 16 $19.86 Cynthia M. Collins | | | |
| | | | Claim 18 $26.09 Vanessa Brown | | | |
| | | | Claim 4 $42.00 Brandi Simington Austin | | | |
| | | | Claim 3 $21.57 Dawn Lighthall | | | |
| | | | Claim 31 $17.97 Gabriel Schettini | | | |
| | | | Claim 30 $23.72 Phillip C Seamon Jr. | | | |
| | | | Claim 35 $8.90 Lana M Nicotera | | | |
| | | | Claim 37 $2.31 Christiana Robinson | | | |
| | | | Claim 21 $10.80 Elenora Madonia | | | |
| | | | Claim 25 $34.96 Kandy Alley | | | |
| | | | ] | | | |
| 570 | Internal Revenue Service<br>Attn: Karen Parde<br>949 E 36th Ave.  MS A240<br>Anchorage, AK 99508 | Priority | [Employer Medicare Distribution: | $967.78 | $0.00 | 967.78 |
| | | | Claim 17 $43.20 Robin S. Armstrong | | | |
| | | | Claim 1 $74.96 Len Osimowicz | | | |
| | | | Claim 5 $129.66 Shelly C Donoghue | | | |
| | | | Claim 8 $78.59 Terry, Patrick Emerson | | | |
| | | | Claim 9 $65.04 Ted Campbell | | | |
| | | | Claim 15 $41.42 Diane L Christie | | | |
| | | | Claim 16 $47.99 Cynthia M. Collins | | | |
| | | | Claim 18 $63.05 Vanessa Brown | | | |
| | | | Claim 4 $133.32 Brandi Simington Austin | | | |
| | | | Claim 3 $52.12 Dawn Lighthall | | | |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 9, 2014

**Case Number:** 14-00288-GS  
**Debtor Name:** FAIRBANKS COMMUNITY MENTAL HEALTH C  
Page: 7  
**Date:** September 26, 2016  
**Time:** 01:35:30 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | Claim 31 $43.43 Gabriel Schettini | | | |
| | | | Claim 30 $57.31 Phillip C Seamon Jr. | | | |
| | | | Claim 35 $21.51 Lana M Nicotera | | | |
| | | | Claim 37 $5.58 Christiana Robinson | | | |
| | | | Claim 21 $26.10 Elenora Madonia | | | |
| | | | Claim 25 $84.50 Kandy Alley | | | |
| | | | ] | | | |
| 2 570 | Internal Revenue Service<br>Attn: Karen Parde<br>949 E 36th Ave. MS A240<br>Anchorage, AK 99508 | Priority | | $50,000.00 | $0.00 | 50,000.00 |
| 24 100 | Wells Fargo Bank, N.A.<br>Michelle L. Boutin, Esq.,RCO Legal - Alaska, Inc.,911 W. 8th Ave., Suite 200<br>Anchorage, AK 99501 | Secured | Property still for sale that this Mortagage attaches | $0.00 | $0.00 | 0.00 |
| 26 100 | DOLWD Emp Sec (Lacey St Lien) | Secured | | $63,610.79 | $63,610.79 | 0.00 |
| 27 100 | AK Dept of Health & SS (24th Ave mtg)<br>P.O. Box 110650<br>Juneau, AK 99811-0650 | Secured | | $118,110.81 | $118,110.81 | 0.00 |
| 32 100 | DHSS, Facilities Section<br>PO Box 110650<br>Juneau, AK 99811-0650 | Secured | 3rd Mortgage on Cushman...still for sale | $0.00 | $0.00 | 0.00 |
| 36 100 | United States of America acting through the Rural Housing Service, USDA,c/o U.S. Department of Agriculture,,Rural De<br>Palmer, AK 99645 | Secured | 2nd Mortgage Cushman building for sale | $0.00 | $0.00 | 0.00 |
| 105 100 | Ak Dept of Labor. (24th Ave.) | Secured | | $2,371.44 | $2,371.44 | 0.00 |
| 6 610 | Cook Schuhmann & Groseclose, Inc.<br>Robert B. Groseclose, Attorney<br>714 4th Avenue Suite 200<br>Fairbanks, AK 99701 | Unsecured | | $2,405.91 | $0.00 | 2,405.91 |
| 7 610 | Fairbanks Natural Gas LLC<br>3408 International Street<br>Fairbanks, AK 99701 | Unsecured | | $11,770.29 | $0.00 | 11,770.29 |
| 10 610 | CHG Healthcare Services, Inc. dba CompHealth<br>c/o Michael Barnhill<br>6995 S. Union Park Center, Suite 100<br>Salt Lake City, UT 84047 | Unsecured | | $87,897.13 | $0.00 | 87,897.13 |
| 11 610 | Shredway Inc.<br>2081 Van Horn Road Suite 3<br>Fairbanks, AK 99701 | Unsecured | | $243.00 | $0.00 | 243.00 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 9, 2014

**Case Number:** 14-00288-GS  Page: 8  **Date:** September 26, 2016
**Debtor Name:** FAIRBANKS COMMUNITY MENTAL HEALTH C  **Time:** 01:35:30 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12 610 | Alaska Petroleum Distributing, Inc. 1095 Dennis Road North Pole, AK 99705 | Unsecured | | $20,335.56 | $0.00 | 20,335.56 |
| 13 610 | Pitney Bowes Inc 4901 Belfort Rd, Ste 120 Jacksonville, FL 32256 | Unsecured | | $1,333.30 | $0.00 | 1,333.30 |
| 14 610 | Cook & Haugeberg LLC 119 N Cushman St Suite 300 Fairbanks, AK 99701 | Unsecured | | $13,392.00 | $0.00 | 13,392.00 |
| 19 610 | Alaska Institute for Justice/Language Interpreter Center,c/o Language Interpreter Center,431 W 7th Ave Suite 2 Anchorage, AK 99501 | Unsecured | | $1,080.00 | $0.00 | 1,080.00 |
| 20 610 | GE Capital Information Technology Solutions, Inc. GECITS,ATTN: Bankruptcy Administration,PO Box 13708 Macon, GA 31208 | Unsecured | | $70,198.65 | $0.00 | 70,198.65 |
| 22 610 | Bowhead Innovative Products & Solutions LLC c/o Kimberly Jorgenson,,UIC Technical Services, LLC,4900 Seminary Road, Ste 12 Alexandria, VA 22311 | Unsecured | | $3,504.50 | $0.00 | 3,504.50 |
| 23 610 | Fairbanks Counseling and Adoption P O Box 71544 Fairbanks, AK 99707-1544 | Unsecured | | $8,465.00 | $0.00 | 8,465.00 |
| 28 610 | AlasConnect, Inc. PO Box 71217 Fairbanks, AK 99707 | Unsecured | | $69,305.54 | $0.00 | 69,305.54 |
| 29 610 | AT&T Mobility II LLC %AT&T SERVICES INC.,KAREN A. CAVAGNARO PARALEGAL,ONE AT&T WAY, SUITE 3A104,BEDM | Unsecured | | $4,074.48 | $0.00 | 4,074.48 |
| 33 610 | Foutainhead Development Inc DBA Wedgewood Resort 212 Wedgewood Drive Fairbanks, AK 99701 | Unsecured | | $4,646.50 | $0.00 | 4,646.50 |
| 34 610 | Downtown Care Inc | Unsecured | | $78,352.30 | $0.00 | 78,352.30 |
| **<< Totals >>** | | | | 835,591.71 | 300,838.70 | 534,753.01 |

**TRUSTEE'S PROPOSED INTERIM DISTRIBUTION**

Exhibit D

Case No.: 14-00288-GS
Case Name: FAIRBANKS COMMUNITY MENTAL HEALTH C
Trustee Name: KENNETH W. BATTLEY

**Balance on hand:** $ 319,850.46

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 319,850.46

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KENNETH W. BATTLEY | 26,000.00 | 0.00 | 26,000.00 |
| Trustee, Expenses - KENNETH W. BATTLEY | 1,961.94 | 0.00 | 1,961.94 |
| Accountant for Trustee, Fees - RUSSELL E MINKEMANN | 6,100.00 | 0.00 | 6,100.00 |
| Accountant for Trustee, Expenses - RUSSELL E MINKEMANN | 116.77 | 0.00 | 116.77 |
| Other Expenses: WENDY'S SUPPORT SERVICES | 216.42 | 0.00 | 216.42 |

Total to be paid for chapter 7 administration expenses: $ 34,395.13
Remaining balance: $ 285,455.33

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 285,455.33

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $123,353.72 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
|  | STATE OF ALASKA, DEPT. OF LABOR | 1,127.99 | 0.00 | 1,127.99 |
|  | Internal Revenue Service | 4,138.15 | 0.00 | 4,138.15 |
|  | Internal Revenue Service | 375.64 | 0.00 | 375.64 |
|  | Internal Revenue Service | 967.78 | 0.00 | 967.78 |
| 1 | Len Osimowicz | 5,169.80 | 0.00 | 5,169.80 |
| 2 | Internal Revenue Service | 50,000.00 | 0.00 | 50,000.00 |
| 3 | Dawn Lighthall | 3,594.63 | 0.00 | 3,594.63 |
| 4 | Brandi Simington Austin | 9,194.71 | 0.00 | 9,194.71 |
| 5 | Shelly C Donoghue | 8,942.31 | 0.00 | 8,942.31 |
| 8 | Terry, Patrick Emerson | 5,419.89 | 0.00 | 5,419.89 |
| 9 | Ted Campbell | 4,485.76 | 0.00 | 4,485.76 |
| 15 | Diane L Christie | 2,856.50 | 0.00 | 2,856.50 |
| 16 | Cynthia M. Collins | 3,309.80 | 0.00 | 3,309.80 |
| 17 | Robin S. Armstrong | 2,979.00 | 0.00 | 2,979.00 |
| 18 | Vanessa Brown | 4,348.40 | 0.00 | 4,348.40 |
| 21 | Elenora Madonia | 1,800.00 | 0.00 | 1,800.00 |
| 25 | Kandy Alley | 5,827.27 | 0.00 | 5,827.27 |
| 30 | Phillip C Seamon Jr. | 3,952.50 | 0.00 | 3,952.50 |
| 31 | Gabriel Schettini | 2,995.48 | 0.00 | 2,995.48 |
| 35 | Lana M Nicotera | 1,483.51 | 0.00 | 1,483.51 |
| 37 | Christiana Robinson | 384.60 | 0.00 | 384.60 |

Total to be paid for priority claims:     $     123,353.72
Remaining balance:     $     162,101.61

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 377,004.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Cook Schuhmann & Groseclose, Inc. | 2,405.91 | 0.00 | 0.00 |
| 7 | Fairbanks Natural Gas LLC | 11,770.29 | 0.00 | 0.00 |
| 10 | CHG Healthcare Services, Inc. dba CompHealth | 87,897.13 | 0.00 | 0.00 |
| 11 | Shredway Inc. | 243.00 | 0.00 | 0.00 |
| 12 | Alaska Petroleum Distributing, Inc. | 20,335.56 | 0.00 | 0.00 |
| 13 | Pitney Bowes Inc | 1,333.30 | 0.00 | 0.00 |
| 14 | Cook & Haugeberg LLC | 13,392.00 | 0.00 | 0.00 |
| 19 | Alaska Institute for Justice/Language | 1,080.00 | 0.00 | 0.00 |
| 20 | GE Capital Information Technology Solutions, Inc. | 70,198.65 | 0.00 | 0.00 |
| 22 | Bowhead Innovative Products & Solutions LLC | 3,504.50 | 0.00 | 0.00 |
| 23 | Fairbanks Counseling and Adoption | 8,465.00 | 0.00 | 0.00 |
| 28 | AlasConnect, Inc. | 69,305.54 | 0.00 | 0.00 |
| 29 | AT&T Mobility II LLC | 4,074.48 | 0.00 | 0.00 |
| 33 | Foutainhead Development Inc | 4,646.50 | 0.00 | 0.00 |
| 34 | Downtown Care Inc | 78,352.30 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 162,101.61

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ 0.00 |
|---|---|---|
|  | Remaining balance: | $ 162,101.61 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ 0.00 |
|---|---|---|
|  | Remaining balance: | $ 162,101.61 |

**UST Form 101-7-TFR (05/1/2011)**